No. 292, Misc.   CAVENY v. ALABAMA ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 294, Misc.   COON v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se*.   *Solicitor General Marshall* for the United States.

No. 297, Misc.   CARTER v. NEW MEXICO.   C. A. 10th Cir.   Certiorari denied.

No. 299, Misc.   GRUBBS v. OKLAHOMA ET AL.   C. A. 10th Cir.   Certiorari denied.   *John W. Low* for petitioner.

No. 302, Misc.   RYBAR v. WILSON, WARDEN, ET AL. Sup. Ct. Cal.   Certiorari denied.

No. 303, Misc.   CURRY v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Walter R. Mansfield* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 304, Misc.   DEVONEY v. PATE, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 305, Misc.   JOHNSON v. CALIFORNIA.   Sup. Ct. Cal.   Certiorari denied.

No. 308, Misc.   HURST v. CALIFORNIA.   Dist. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 309, Misc.   SANTANA v. SUPREME COURT OF PUERTO RICO.   Sup. Ct. P. R.   Certiorari denied.